UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-9 PETER SEVERA,

    Defendant.
_____/

Criminal No. 07-cr-20627
Hon. Matthew F. Leitman

## ORDER OF DISMISSAL

The United States has filed a motion to dismiss the above-numbered Indictment and Arrest Warrant against D-9 PETER SEVERA. The Court finds that the ends of justice would best be served by this dismissal.

Accordingly, **IT IS HEREBY ORDERED** that the Indictment and Arrest Warrant against D-9, Peter Severa, be dismissed.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 6, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 6, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764